LYNN v. BUSHNELL. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Wauhope Lynn against Ezra D. Bushnell; the City of New York and others, appellants. No opinion. The parties hereto having stipulated in open court that this case

may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs.